IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02098-REB-MJW

ALISHA TURNER,

    Plaintiff,

v.

ARCHULETA COUNTY SCHOOL DISTRICT 50JT,
STEPHANIE GRAVESON, an individual, and
SEAN O'DONNELL, an individual,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on defendants' **Motion To Dismiss** [#15] filed December 1, 2008. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    It has come to the court's attention that counsel for the defendant is showing in the caption of the case, that this case is assigned to Senior Judge Walker Miller. This case was reassigned to Judge Blackburn on October 2, 2008. Thus, the correct case caption should read 08-cv-02098-**REB**-MJW.

    Dated: December 1, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.